**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LUIS MIGUEL MARTINEZ,

                        Plaintiff,              25 **CIVIL** 4919 (ER)(KHP)

      -v-                                   **JUDGMENT**

FRANK BISIGNANO
Commissioner of Social Security,

                        Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 15, 2026, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      January 20, 2026

                                    **TAMMI M. HELLWIG**
                             _____
                                     **Clerk of Court**

                  **BY:**           K. Mango

                                 _____
                                     **Deputy Clerk**